U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 JAN -3 AM 9: 26

CLERK

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA

v.

Docket No. 19-cr-00062 −|

YUSUF MOHAMED,
Defendant.

## **SUPERSEDING INFORMATION**

The United States Attorney charges:

### COUNT 1

On or about April 10, 2019, in the District of Vermont, the defendant YUSUF

MOHAMED knowingly and intentionally possessed less than 30 grams of marijuana, a Schedule

I controlled substance.

(21 U.S.C. § 844(a))

_Christine E. Nolan/ACG_

CHRISTINA E. NOLAN (by ACG)
United States Attorney
Burlington, Vermont

_January 3rd_, 2020

2